**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____
**CAROL ZIEGLER, on behalf of**
**G.S.,**

                 **Plaintiff,**　　　　　　　1:18-cv-880
　　　　　　　　　　　　　　　　　　　　　　　　　　 (GLS/DJS)
                 **v.**

**COLLEEN MULTER et al.,**

                 **Defendants.**
_____
**APPEARANCES:**　　　　　　　　**OF COUNSEL:**

**FOR PLAINTIFF:**
Carol Ziegler
Plaintiff *Pro Se*
P.O. Box 853
Rensselaer, New York 12144


**Gary L. Sharpe**
**Senior District Judge**


# ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation by Magistrate Judge Daniel J. Stewart duly filed on August 27, 2018. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.[1]

No objections having been filed, and the court having reviewed the Order and Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 7) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915 for failure to state a claim; and it is further

**ORDERED** that in light of plaintiff's *pro se* status, plaintiff is provided thirty (30) days from the filing of this order to submit an amended complaint to correct the format and expand upon the facts that would support her claim for entitlement to relief which plaintiff has filed on September 4, 2018 (Dkt. No. 8); and it is further

**ORDERED** that plaintiff's amended complaint, (Dkt. No. 8), supersedes and replaces her original complaint in its entirety, which will be addressed in due course by Judge Stewart; and it is further

**ORDERED** that plaintiff is permitted an opportunity to retain counsel or to request the appointment of counsel for G.S., and that if plaintiff does

---

[1] Plaintiff filed no objections; however, she submitted an "Amended Complaint," (Dkt. No. 8), which will be addressed by Judge Stewart in due course.

not obtain counsel for G.S., she should remove all claims asserted on behalf of her minor granddaughter in any amended complaint; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

September 25, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge